No. 69591.—Wm. Kenyon & Sons (Amer), Ltd. *v.* United States, protest 64/5471 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon spindle tape similar in use to cotton spindle banding, the claim of the plaintiff was sustained.